
ORIGINAL

**FILED**

08/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0629

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0629

BILLY BUDD SULLIVAN and
HARRY RICHARDS,

      Plaintiffs and Appellants,

v.

ALICIA DORMAN and JASON FORTNEY,

      Defendants and Appellees.

**FILED**

AUG 0 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

      On May 8, 2023, this Court returned Appellants' opening brief for failure to comply with the applicable Montana Rules of Appellate Procedure and ordered Appellants to correct the brief and file it no later than 30 days from the date of the Order. Appellants did not do so and on June 20, 2023, we ordered Appellants to prepare, file, and serve the corrected brief no later than July 19, 2023. We advised appellants that failure to file the brief in compliance with the Montana Rules of Appellate Procedure could subject this matter to summary dismissal.

      Appellants have not timely filed their opening brief in compliance with this Court's June 20, 2023 Order.

      IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

      The Clerk is directed to provide a copy of this Order to all parties.

      DATED this 1st day of August, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices